# EXHIBIT A

Fairfax Co. Public Schools

☐ PERSONAL SERVICE

☒ Being unable to make personal service a copy was delivered in the following manner:

☒ Delivered to a person found in charge of usual place of business or employment during business hours and giving information of its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode or party named above after giving information of his purport. List name, age of recipient, and relation of recipient to party named above.

Served Fairfax Co Schools
Serving Jeff Mullinix
as per Sheriff Kim Dowdy

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on a Secretary of the Commonwealth.

☐ Not found

Mrs Schrader 0217
SERVING OFFICER

9-16-2020   for Stacey Leverro
DATE 11:59 am   Fairfax Sheriff

RECEIVED
SEP 16 2020

COMMONWEALTH OF VIRGINIA
### CIRCUIT COURT OF FAIRFAX COUNTY
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)

**Ruth Taye vs. Fairfax County Public Schools et al.**  CL-2020-0013857

TO:   Fairfax County Public Schools
      8115 Gatehouse Road
      Falls Church VA 22042

### SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on September 15, 2020.

JOHN T. FREY, CLERK

By: _____
    Deputy Clerk

Plaintiff's Attorney:  Pro Se

SEP 16 2020

September 11, 2020

FILED
CIVIL INTAKE

2020 SEP 11 PM 4: 07

VIRGINIA:

JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

2020  13857

Ruth Taye

vs.

Fairfax County Public Schools & Fairfax County Police Department
→ 8115 Gatehouse Rd. Falls Church, VA Schools 22042
Fairfax County Police department 6507 Columbia Pike, Annandale, VA 22003

Complaint

I Ruth Taye, the mother of Robel Yohannes Afeworke is filing a complaint with Fairfax County Circuit Court for damages caused to my son that directly affected and damaged me due to Fairfax County Public School refusing to test my son for learning disability while he was in Elementary, Middle, and High school until my son had only a year and half left to graduate when an incident of sexual harassment and teacher severely bulled my son that the Fairfax County Public School finally agreed to test my son for learning disability which showed that my son has a learning disability which the Fairfax County finally offered my son the IEP he needed all along on September 13,2018 by also changing school to McLean High School from Stuart (Jeb then) High school because the principal at Jeb Stuart WITHDREW my son from Jeb Stuart while she was informed of the incident and what my son was going through WITHOUT offering an alternative education that was the right one for my son which has caused my son to be suicidal on May 28,2019 when he saw his peers from Jeb Stuart about to graduate on Instagram  saying why the Fairfax County Public School and the Principal, Penny Gros did not support him early on which has caused my son to go to Dominion Mental Health for a week after he was admitted to Fairfax County NOVA Emergency room and when I called the paramedics on May 28,2019 to save my son from committing the suicide, I called 911 and the paramedics and Fairfax County Police officers came and I warned the Police officer who was going aggressively to hold my son not to touch him before she calms him down and she did not listen to me and when she touched my son aggressively, my son pushed the officer because of the mental state (suicidal state he was in) but not to harm her and we did not know that she put the warrant on my 17-year-old-son then until we went to Washington, DC Passport Office to get our passports to go to Toronto, Canada for a healing prayer service for my son's depression that was caused by Fairfax County Public Schools and FBI in the Passport office arrested my son in DC which has caused him to be jailed


SEP 16 2020

for five days in DC before my son was able to come to Fairfax County Juvenile Court where the judge found him not guilty but with misdemeanor case but has caused my son a severe depression and post traumatic disorder where my son is still seeing his therapist.

Therefore, I am filing a complaint for damages caused to me as the result of my son's damage for discriminating me not to offer my son the IEP(Individual Educational Plan) he deserved early on when I requested which has really damaged me both my son and I and because my son is so depressed he is not able to file on his own because he is traumatized by what he went through but I am filing a complaint for damages cause to me as the result of damages to my only father less son whom he lost his dad in 2012 after seven years of illness. I am filing a complaint for damages caused by Fairfax County Public Schools which caused the Fairfax County Police to arrest my son at no fault of his own but the result of lack of support from the Fairfax County Public schools that I am ready to provide doctors, therapist, occupational therapist, and teachers and principals documentations where it clearly shows the Fairfax County Public school caused the severe depression that my son is still going on. Even though my son was made to graduate high school with 1.5 GPA by just passing him, he is not able to do college because the Fairfax County Public School denied me to offer the IEP my son needed early on until 11 years had passed when only my son had a year and half left to graduate which was impossible to make up an 11 years' worth of support with only a year and half of support. The damages I am filing for complaint is over $500,000 that caused me depression and anxiety and also that prevented me to work because I had to transport my son to school as there was no transportation offered for my son when he was made to repeat 11th grade at McLean High School and TSRC Vienna.

Thank you for your support in advance.

Ruth Taye

*Ruth Taye* (signature)

5501 Seminary Rd #2410S

Falls Church, VA 22041

571-234-9957

Ruth.Taye@k12.dc.gov


SEP 1 6 2020